IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Horrell, Roseanne | Case Number: 07 B 06316 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 1/15/08 | Filed: 4/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 7, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,032.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,036.65 |
| Priority: | | 0.00 |
| Administrative: | | 2,777.60 |
| Trustee Fee: | | 217.75 |
| Other Funds: | | 0.00 |
| Totals: | 4,032.00 | 4,032.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jeff Whitehead | Administrative | 2,777.60 | 2,777.60 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 927.04 | 40.53 |
| 5. | RoundUp Funding LLC | Unsecured | 3,027.23 | 132.34 |
| 6. | B-Real LLC | Unsecured | 4,066.47 | 177.77 |
| 7. | Capital One | Unsecured | 560.86 | 24.51 |
| 8. | B-Real LLC | Unsecured | 615.75 | 26.91 |
| 9. | Hsbc Nv | Unsecured | 1,923.26 | 84.08 |
| 10. | ECast Settlement Corp | Unsecured | 1,263.38 | 55.23 |
| 11. | Discover Financial Services | Unsecured | 1,782.58 | 77.93 |
| 12. | ECast Settlement Corp | Unsecured | 2,385.64 | 104.29 |
| 13. | Portfolio Recovery Associates | Unsecured | 7,161.54 | 313.06 |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | ADT Security Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,491.35 | $ 3,814.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 217.75 |
| | _____ |
| | $ 217.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Horrell, Roseanne | Case Number:  07 B 06316 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/15/08 | Filed:  4/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

